NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ANALOG DEVICES, INC.,**
*Appellant*

**v.**

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellees*

_____

2022-1537

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01219.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    ANALOG DEVICES, INC. v. XILINX, INC.

(2)  Each side shall bear their own costs.

                                        FOR THE COURT

August 23, 2022
      Date                          /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court

**ISSUED AS A MANDATE:** August 23, 2022